FILED
CLERK, U.S. DISTRICT COURT

JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEN-MAT HOLDINGS, LLC, a Delaware limited liability company, | Case No. CV 07 6647 RGK (CTx) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE DISMISSAL |
| v. | |
| FUTUREDONTICS, INC., et al. | |
| Defendants. | |
| BLAKE LABOUNTY, an individual, | |
| Counterclaimant, | |
| v. | |
| DEN-MAT HOLDINGS, LLC. and ROES 1 through 10, inclusive, | |
| Counterdefendants. | |

PURSUANT TO THE STIPULATION OF DISMISSAL filed herewith, this entire action, including the first amended complaint and counterclaim, is dismissed with prejudice. Each party shall bear its or his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 7/23, 2008

_____
The Hon. R. Gary Klausner
United States Judge